B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| In The Matter Of: ) | |
| ) | Case Number 18-40735-btf13 |
| Suzanne Marie Kenski ) | |
| ) | |
| ) | Chapter 13 |
| Debtor, ) | |
| ) | |
| U.S. Bank Trust National Association as ) | **TRANSFER OF CLAIM** |
| trustee of Lodge Series IV Trust ) | |
| ) | |
| Creditor, ) | |
| ) | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>U.S. Bank Trust National Association as trustee of Lodge Series IV Trust</u><br>Name of Transferee | <u>Specialized Loan Servicing LLC</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>Rushmore Loan Management Services, LLC<br>P.O. Box 55004<br>Irvine, CA 92619-2708<br>Phone: <u>888-504-6700</u><br>Last Four Digits of Acct #: <u>8676</u> | Court Claim # (if known): <u>3</u><br>Amount of Claim: <u>$41,792.02</u><br>Date Claim Filed: <u>05/15/2018</u><br><br>Phone Number: 800-315-4757<br>Last Four Digits of Acct. #: <u>9222</u> |
| Name and Address where transferee payments should be sent (if different from above):<br>Rushmore Loan Management Services, LLC<br>P.O. Box 52708<br>Irvine, CA 92619-2708<br>Phone: <u>888-504-6700</u><br>Last Four Digits of Acct #: <u>8676</u> | |



1

MS 203348.410793

B 2100A (Form 2100A) (12/15)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Dated May 15, 2020

                                    Respectfully Submitted,
Millsap & Singer, LLC

*/s/ Muhammad Esa Ahmed*
Cynthia M. Kern Woolverton, #47698
Stewart C. Bogart, #67956
Muhammad Esa Ahmed, #70619
Christopher D. Lee, #63024
Attorneys for Movant
612 Spirit Drive
St. Louis, MO
Telephone: (636) 537-0110
Facsimile: (636) 537-0067
bkty@msfirm.com

Attorneys for U.S. Bank Trust National Association as trustee of Lodge Series IV Trust

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



2

MS 203348.410793

B 2100A (Form 2100A) (12/15)

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document was filed electronically on May 15, 2020, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the state of Missouri on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

      */s/ Muhammad Esa Ahmed*

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

    Jason C. Amerine
    mo-ecf@castlelaw-kc.com

    Richard Fink
    ecfincdocs@WDMO13.com

    Office of the United States Trustee

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

    NONE



MS 203348.410793